IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISIAH EDWARD GRANT,

    Plaintiff,                        No. CIV S-09-0226 GGH P

    vs.

UNITED STATES OF AMERICA,

    Defendants.                    <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, is proceeding with this civil action. On February 9, 2009, plaintiff consented to the jurisdiction of the undersigned.

        By an order filed February 6, 2009, plaintiff was ordered to file an in forma pauperis affidavit AND/OR pay the appropriate filing fees within thirty days. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 28, 2009

                                                           /s/ Gregory G. Hollows

                                                     UNITED STATES MAGISTRATE JUDGE

GGH:035
gran0226.fifp

1